**Type & Press of Illinois, Inc., an Illinois Corporation, Appellee, v. Leonard Gorter, Individually and d/b/a Standard Cartage Company, Appellant.**

**Gen. No. 47,834.**

First District, Second Division.

January 19, 1960.

Released for publication February 23, 1960.

Panter, Lehmann, and Nelson (Irwin Panter, Stuart J. Albert, and Harry G. Fins, of counsel) for defendant-appellant; Lawrence J. West and James B. Egan, for plaintiff-appellee. Opinion by PRESIDING JUSTICE MURPHY. Not to be published in full.